STATE OF HAWAII, Plaintiff–Appellee, v. MICHAEL A. COYLE, Defendant–Appellant

NO. 13614

(FC–CR. NO. 88–3352)

and

STATE OF HAWAII, Plaintiff–Appellee, vs. JOHN DEETER, Defendant–Appellant

NO. 13673

(FC–CR. NO. 88–3322)

JANUARY 29, 1990

LUM, C.J., PADGETT, AND WAKATSUKI, JJ.,
AND RETIRED JUSTICE NAKAMURA, ASSIGNED
BY REASON OF VACANCY, AND INTERMEDIATE
COURT OF APPEALS CHIEF JUDGE BURNS,
IN PLACE OF HAYASHI, J., RECUSED

## OPINION OF THE COURT BY LUM, C.J.

In these two cases, Defendant–Appellant John Deeter and Defendant–Appellant Michael A. Coyle each appeals from his conviction of the crime of Abuse of Family and Household Members, Hawaii Revised Statutes (HRS) § 709–906 (1985). Each had a non–jury trial, was charged and convicted only under HRS § 709–906. On appeal each contends that the judge's finding that a mutual affray occurred is a defense to the crime. We disagree.

Although HRS § 707–712(2) (1985) on Third Degree Assault does provide a defense which mitigates that crime from a misdemeanor to a petty misdemeanor when the assault is committed during a fight or scuffle entered into by mutual consent,[1] no similar provision is made in HRS § 709–906, Abuse of Family and Household Members. Mutual affray, therefore, is not a defense to the crime of which Appellants were convicted, Abuse of Family and Household Members, HRS § 709–906.

We do not decide the contested issue of whether Third Degree Assault committed in a mutual affray, HRS § 707–712(2), is a lesser included offense of the charged Abuse of Family and Household Members, HRS § 709–906, because a decision on that issue is not relevant to a determination of the present cases. Being guilty of a lesser included offense is not a defense to a conviction of the greater offense. *State v. Sneed*, 68 Haw. 463, 464, 718 P.2d 280, 281 (1985).

The convictions are affirmed.

---

[1] HRS § 707–712(2) reads: "Assault in the third degree is a misdemeanor unless committed in a fight or scuffle entered into by mutual consent, in which case it is a petty misdemeanor."

*Phyllis Hironaka*, Deputy Public Defender (*James Tagupa*, Deputy Public Defender, and *Richard W. Pollack*, Public Defender, on the briefs) for Defendants–Appellants.

*Vickie L. Silberstein* (*Wallace W. Weatherwax* on the brief in No. 13673), Deputy Prosecuting Attorneys, for Plaintiff–Appellee.